PETER C. BERNHARD
Nevada Bar No. 734
JONI A. JAMISON
Nevada Bar No. 11614
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
pbernhard@kcnvlaw.com
jjamison@kcnvlaw.com

**Attorneys for Defendants Breakwater Equity Partners, LLC, Jack Rose, Samantha Randant, Randall C. Ghezzi, Richard Pinto, and Sidney Mandel**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NNN 2716 NORTH TENAYA 24, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BREAKWATER EQUITY PARTNERS, LLC, a California limited liability company; JACK ROSE, an individual; SAMANTHA RANDANT, an individual; RANDALL C. GHEZZI, an individual; RICHARD PINTO, an individual; SIDNEY MANDEL, an individual; and Does I through X and Roe Corporations XI through XX,<br><br>Defendants. | Case No.:  2:16-cv-01571-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO TRANSFER, OR, IN THE ALTERNATIVE, TO DISMISS**<br><br>**(FIRST REQUEST)** |

The parties stipulate that defendants will have an extension until Wednesday, August 24, 2016 to file their reply in support of their Motion to Transfer, or, in the Alternative, to Dismiss (ECF No. 5), filed on July 14, 2016.  Plaintiff filed its opposition (ECF No. 15) on August 3, 2016.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

1851298_1.docx   17856.1

Page 1 of 2

1   This request is made to accommodate defendants' counsel's schedule and to allow

2   sufficient time to prepare the reply brief.  The parties make this stipulation in good faith and not

3   for the purpose of delay, and represent that this extension will not prejudice any party.  There is

4   therefore good cause for the Court to approve this stipulation.

| WOLF, RIFKIN, SHAPIRO,<br>SCHULMAN & RABKIN, LLP | KAEMPFER CROWELL |
|---|---|
| By  /s/  Justin Jones<br>    Don Springmeyer, No. 1021<br>    Justin Jones, No. 8519<br>    3556 East Russell Road<br>    Second Floor<br>    Las Vegas, Nevada 89120 | By  /s/ Joni A. Jamison<br>    Peter Bernhard, No. 734<br>    Joni A. Jamison, No. 11614<br>    1980 Festival Plaza Drive<br>    Suite 650<br>    Las Vegas, Nevada 89135 |
| Attorneys for Plaintiff NNN 2716 North Tenaya 24, LLC | Attorneys for Defendants Breakwater Equity Partners, LLC, Jack Rose, Samantha Randant, Randall C. Ghezzi, Richard Pinto, and Sidney Mandel |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: August 12, 2016

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

1851298_1.docx   17856.1

Page 2 of 2